| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **MERIDIAN RESTAURANTS UNLIMITED, LC, a Utah limited liability company** |
| United States Bankruptcy Court for the: | **DISTRICT OF UTAH** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **BANCLEASE ACCEPTANCE CORP 8221 TRISTAR DRIVE IRVING, TX 75063** | | | | | | $106,716.95 |
| **CITY  NATIONAL BANK PO BOX 60938 LOS ANGELES, CA 90060-0938** | | | | | | $46,434,767.30 |
| **CORRIGO INCORPORATED PO BOX 120439 DEPT 0439 DALLAS, TX 75312-0439** | | | | | | $16,824.93 |
| **DTIQ PO BOX 269078 OKLAHOMA CITY, OK 73126** | | | | | | $178,010.01 |
| **EBA&M Employee Benefits Administriation & Mana 118002 Cowan 18 Irvine, CA 92614** | | | | | | $469,972.37 |
| **EBA&M CORPORATION 18002 COWAN IRVINE, CA 92614** | | | | | | $28,500.00 |
| **GARDAWORLD CASHLINK, LLC LOCKBOX #1948 PO BOX 95000 PHILADELPHIA, PA 19195-0001** | | | | | | $160,912.17 |

Debtor **MERIDIAN RESTAURANTS UNLIMITED, LC, a Utah limited liability company**

Case number *(if known)* _____

Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| GARNETT CAPTIVE KRP MANAGERS, LLC 604 E BALTIMORE PIKE MEDIA, PA 19063 | | | | | | $65,475.00 |
| HIRERIGHT PO BOX 847891 DALLAS, TX 75284 | | | | | | $14,414.63 |
| LINKEDIN CORP. 62228 COLLECTIONS CENTER DRIVE CHICAGO, IL 60693-0622 | | | | | | $19,605.81 |
| NATIONWIDE PO BOX 77210 MINNEAPOLIS, MN 55480-7200 | | | | | | $50,870.22 |
| NOW CFO UTAH III, LLC 5251 S GREEN STREET STE 350 MURRAY, UT 84123 | | | | | | $51,378.36 |
| ROBERT HALF EXECUTIVE SEARCH P.O. BOX 743295 LOS ANGELES, CA 90074-3295 | | | | | | $84,560.00 |
| SICOM SYSTEMS, INC PO BOX 930157 ATLANTA, GA 31193-0157 | | | | | | $179,000.00 |
| SNELL & WILMER ONE ARIZONA CENTER 400 E VAN BUREN, STE 1900 PHOENIX, AZ 85004-2202 | | | | | | $14,312.00 |
| STORE CAPITAL 8377 E HARTFORD DR STE 100 SCOTTSDALE, AZ 85255 | | | | | | $2,326,874.11 |

Debtor  **MERIDIAN RESTAURANTS UNLIMITED, LC, a Utah limited liability company**

Case number *(if known)*

Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| TANNER KEY BANK TOWER AT CITY CREEK 36 SOUTH STATE STREET, STE 600 SALT LAKE CITY, UT 84111 | | | | | | $21,500.00 |
| VFI CORPORATE FINANCE 2800 EAST COTTONWOOD PARKWAY 2ND FLOOR SALT LAKE CITY, UT 84121 | | | | | | $2,085,746.95 |
| WEST STAR PLAZA AT FASHION POINTE, LLC 1752 EAST COMBE ROAD, SUITE #2 OGDEN, UT 84403 | | | | | | $42,148.10 |
| WYOMING DEPART OF REVENUE | | | | | | $26,916.69 |