# EXHIBIT 1

# MERIDIAN RESTAURANTS ENTITY ORGANIZATION CHART

