# EXHIBIT 1



MERIDIAN RESTAURANTS CASH MANAGEMENT FLOWCHART
(WITH RESPECT TO MRDN, AZM, HR, MR, NDM, NKS)