# EXHIBIT 2



**SPENCER COX**
*Governor*

**DEIDRE HENDERSON**
*Lieutenant Governor*

# State of Utah
# Department of Commerce

### Division of Corporations and Commercial Code

**MARGARET BUSSE**
*Executive Director*

**LEIGH VEILLETTE**
*Director, Division of Corporations and Commercial Code*

### February 27, 2023

Ray Quinney & Nebeker P.C.
36 South State Street, Suite 1400
Salt Lake City, UT 84111 - USA

### UCC-11 Information Request

Your Request for Information has been processed by the Utah Division of Corporations and Commercial Code matching filing(s) in the Division's computerized database with the following search parameter(s) and the "Exact" filter:

**Search Number :** 230227942780-8

| | |
|---|---|
| **Debtor Name:** MERIDIAN RESTAURANTS UNLIMITED, LC | **Search Response:** All (Lapsed and Unlapsed) |
| **Debtor Type:** Organization | **Copies:** No Copies |
| **Date Range:** All Available Filings | **City:** |

The Utah Division of Corporations and Commercial Code herby certifies that the attached information is filed and of Record in the Offices of the Division as of 02/26/2023 at 18:00 MST.

Sincerely,
FILING OFFICER





SPENCER COX
*Governor*

DEIDRE HENDERSON
*Lieutenant Governor*

# State of Utah
# Department of Commerce

## Division of Corporations and Commercial Code

MARGARET BUSSE
*Executive Director*

LEIGH VEILLETTE
*Director, Division of Corporations and Commercial Code*

**Filing Chain#:** 2
**Original File#:** 537681201837

**Lapse Date:** 02/25/2023
**Lien Type:** UCC Lien



**Filing #:** 537681201837    **Filing Date:** 02/23/2018    **Filing Type:** Initial Financing Statement UCC-1    **Page Count:** 3

**Debtors**

| Name | Type | Action Type | Address |
|---|---|---|---|
| MERIDIAN RESTAURANTS UNLIMITED, LC | Organization | N/A | 5929 FASHION POINT DR., SUITE 501 SOUTH OGDEN, UT 84403, USA |

**Secured Parties**

| Name | Type | Action Type | Address |
|---|---|---|---|
| CITY NATIONAL BANK, AS ADMINISTRATIVE AGENT | Organization | N/A | 555 SOUTH FLOWER STREET, 24TH FLOOR LOS ANGELES, CA 90071, USA |

**Collateral**
ALL OF DEBTOR'S RIGHT, TITLE AND INTEREST IN AND TO THE ASSETS DESCRIBED ON "EXHIBIT A" ATTACHED HERETO (CONSISTING OF 2 PAGES) AS "PLEDGED COLLATERAL" AND INCORPORATED HEREIN BY REFERENCE.



**SPENCER COX**
*Governor*

**DEIDRE HENDERSON**
*Lieutenant Governor*

# State of Utah
## Department of Commerce

### Division of Corporations and Commercial Code

MARGARET BUSSE
*Executive Director*

LEIGH VEILLETTE
*Director, Division of Corporations and Commercial Code*

## February 27, 2023

Ray Quinney & Nebeker P.C.
36 South State Street, Suite 1400
Salt Lake City, UT 84111 -  USA

## UCC-11 Information Request

Your Request for Information has been processed by the Utah Division of Corporations and Commercial Code matching filing(s) in the Division's computerized database with the following search parameter(s) and the "Exact" filter:

**Search Number :** 230227942779-2

| | |
|---|---|
| **Debtor Name:** LOVELOUD RESTAURANTS L.C. | **Search Response:** All (Lapsed and Unlapsed) |
| **Debtor Type:** Organization | **Copies:** No Copies |
| **Date Range:** All Available Filings | **City:** |

The Utah Division of Corporations and Commercial Code herby certifies that the attached information is filed and of Record in the Offices of the Division as of 02/26/2023 at 18:00 MST.

Sincerely,
FILING OFFICER





SPENCER COX
*Governor*

DEIDRE HENDERSON
*Lieutenant Governor*

# State of Utah
# Department of Commerce

### Division of Corporations and Commercial Code

MARGARET BUSSE
*Executive Director*

LEIGH VEILLETTE
*Director, Division of Corporations and Commercial Code*

## Liens Filing Search Report

The Utah Division of Corporations and Commercial Code hereby certifies that the attached list is a true and exact list of all financing statements or CFS liens and related subsequent documentation for the debtor below as filed with the Division of Corporations and Commercial Code office, Uniform Commercial Code Division, as of the Through Date below.

**Date Searched:** 2/27/2023 10:17:55 AM  **Search Criteria:**
**Searched by:**
**Filing Chains:** 3

**Good Through Filing Date:** 02/26/2023

**Cities:**
**Date Range:** All Available Filings
**Include Filings Outside Range?:** All Available Filings

February 27, 2023
**Filing Status:** ALL(Lapsed and Unlapsed)
**Include Records:** N/A

**Organization Name:** LOVELOUD RESTAURANTS L.C.

---

**Filing Chain#:** 1
**Original File#:** 537676201840

**Lapse Date:** 02/25/2023
**Lien Type:** UCC Lien



---

**Filing #:** 537676201840  **Filing Date:** 02/23/2018  **Filing Type:** Initial Financing Statement UCC-1  **Page Count:** 1

**Debtors**

| Name | Type | Action Type | Address |
|---|---|---|---|
| LOVELOUD RESTAURANTS, L.C. | Organization | N/A | 5929 FASHION POINT DR., SUITE 501 SOUTH OGDEN, UT 84403, USA |

**Secured Parties**

| Name | Type | Action Type | Address |
|---|---|---|---|
| CITY NATIONAL BANK, AS ADMINISTRATIVE AGENT | Organization | N/A | 555 SOUTH FLOWER STREET, 24TH FLOOR LOS ANGELES, CA 90071, USA |

**Collateral**
ALL ASSETS OF DEBTOR, WHETHER NOW EXISTING OR HEREAFTER ARISING, AND WHETHER NOW OWNED OR HEREAFTER ACQUIRED.



SPENCER COX
*Governor*

DEIDRE HENDERSON
*Lieutenant Governor*

# State of Utah
# Department of Commerce

### Division of Corporations and Commercial Code

MARGARET BUSSE
*Executive Director*

LEIGH VEILLETTE
*Director, Division of Corporations and Commercial Code*

## February 27, 2023

Ray Quinney & Nebeker P.C.
36 South State Street, Suite 1400
Salt Lake City, UT 84111 - USA

## UCC-11 Information Request

Your Request for Information has been processed by the Utah Division of Corporations and Commercial Code matching filing(s) in the Division's computerized database with the following search parameter(s) and the "Exact" filter:

**Search Number :** 230227942777-8

| | |
|---|---|
| **Debtor Name:** AZM RESTAURANTS, LLC | **Search Response:** All (Lapsed and Unlapsed) |
| **Debtor Type:** Organization | **Copies:** No Copies |
| **Date Range:** All Available Filings | **City:** |

The Utah Division of Corporations and Commercial Code herby certifies that the attached information is filed and of Record in the Offices of the Division as of 02/26/2023 at 18:00 MST.

Sincerely,
FILING OFFICER





SPENCER COX
*Governor*

DEIDRE HENDERSON
*Lieutenant Governor*

# State of Utah
# Department of Commerce

## Division of Corporations and Commercial Code

MARGARET BUSSE
*Executive Director*

LEIGH VEILLETTE
*Director, Division of Corporations and Commercial Code*

**Filing Chain#:** 3
**Original File#:** 537679201843

**Lapse Date:** 02/25/2023
**Lien Type:** UCC Lien

---

**Filing #:** 537679201843   **Filing Date:** 02/23/2018   **Filing Type:** Initial Financing Statement UCC-1   **Page Count:** 1

**Debtors**

| Name | Type | Action Type | Address |
|---|---|---|---|
| AZM RESTAURANTS, L.C. | Organization | N/A | 5929 FASHION POINT DR., SUITE 501 SOUTH OGDEN, UT 84403, USA |

**Secured Parties**

| Name | Type | Action Type | Address |
|---|---|---|---|
| CITY NATIONAL BANK, AS ADMINISTRATIVE AGENT | Organization | N/A | 555 SOUTH FLOWER STREET, 24TH FLOOR LOS ANGELES, CA 90071, USA |

**Collateral**
ALL ASSETS OF DEBTOR, WHETHER NOW EXISTING OR HEREAFTER ARISING, AND WHETHER NOW OWNED OR HEREAFTER ACQUIRED.



**SPENCER COX**
*Governor*

**DEIDRE HENDERSON**
*Lieutenant Governor*

# State of Utah
# Department of Commerce

### Division of Corporations and Commercial Code

**MARGARET BUSSE**
*Executive Director*

**LEIGH VEILLETTE**
*Director, Division of Corporations and Commercial Code*

## February 27, 2023

Ray Quinney & Nebeker P.C.
36 South State Street, Suite 1400
Salt Lake City, UT 84111 - USA

## UCC-11 Information Request

Your Request for Information has been processed by the Utah Division of Corporations and Commercial Code matching filing(s) in the Division's computerized database with the following search parameter(s) and the "Exact" filter:

**Search Number :** 230227942778-5

| | |
|---|---|
| **Debtor Name:** HR RESTAURANTS, LLC | **Search Response:** All (Lapsed and Unlapsed) |
| **Debtor Type:** Organization | **Copies:** No Copies |
| **Date Range:** All Available Filings | **City:** |

The Utah Division of Corporations and Commercial Code herby certifies that the attached information is filed and of Record in the Offices of the Division as of 02/26/2023 at 18:00 MST.

Sincerely,
FILING OFFICER





SPENCER COX
*Governor*

DEIDRE HENDERSON
*Lieutenant Governor*

# State of Utah
# Department of Commerce

### Division of Corporations and Commercial Code

MARGARET BUSSE
*Executive Director*

LEIGH VEILLETTE
*Director, Division of Corporations and Commercial Code*

**Filing Chain#:** 2
**Original File#:** 537683201839

**Lapse Date:** 02/25/2023
**Lien Type:** UCC Lien



---

**Filing #:** 537683201839  **Filing Date:** 02/23/2018  **Filing Type:** Initial Financing Statement UCC-1  **Page Count:** 1

**Debtors**

| Name | Type | Action Type | Address |
|---|---|---|---|
| HR RESTAURANTS, L.C. | Organization | N/A | 5929 FASHION POINT DR., SUITE 501 SOUTH OGDEN, UT 84403, USA |

**Secured Parties**

| Name | Type | Action Type | Address |
|---|---|---|---|
| CITY NATIONAL BANK, AS ADMINISTRATIVE AGENT | Organization | N/A | 555 SOUTH FLOWER STREET, 24TH FLOOR LOS ANGELES, CA 90071, USA |

**Collateral**
ALL ASSETS OF DEBTOR, WHETHER NOW EXISTING OR HEREAFTER ARISING, AND WHETHER NOW OWNED OR HEREAFTER ACQUIRED.



SPENCER COX
*Governor*

DEIDRE HENDERSON
*Lieutenant Governor*

# State of Utah
# Department of Commerce

### Division of Corporations and Commercial Code

MARGARET BUSSE
*Executive Director*

LEIGH VEILLETTE
*Director, Division of Corporations and Commercial Code*

## February 27, 2023

Ray Quinney & Nebeker P.C.
36 South State Street, Suite 1400
Salt Lake City, UT 84111 - USA

## UCC-11 Information Request

Your Request for Information has been processed by the Utah Division of Corporations and Commercial Code matching filing(s) in the Division's computerized database with the following search parameter(s) and the "Exact" filter:

**Search Number :** 230227942781-5

| | |
|---|---|
| **Debtor Name:** MR RESTAURANTS, L.C. | **Search Response:** All (Lapsed and Unlapsed) |
| **Debtor Type:** Organization | **Copies:** No Copies |
| **Date Range:** All Available Filings | **City:** |

The Utah Division of Corporations and Commercial Code herby certifies that the attached information is filed and of Record in the Offices of the Division as of 02/26/2023 at 18:00 MST.

Sincerely,
FILING OFFICER





SPENCER COX
*Governor*

DEIDRE HENDERSON
*Lieutenant Governor*

# State of Utah
# Department of Commerce

## Division of Corporations and Commercial Code

MARGARET BUSSE
*Executive Director*

LEIGH VEILLETTE
*Director, Division of Corporations and Commercial Code*

**Filing Chain#:** 3  
**Original File#:** 537682201838

**Lapse Date:** 02/25/2023  
**Lien Type:** UCC Lien

---

**Filing #:** 537682201838  **Filing Date:** 02/23/2018  **Filing Type:** Initial Financing Statement UCC-1  **Page Count:** 1

### Debtors

| Name | Type | Action Type | Address |
|---|---|---|---|
| MR RESTAURANTS, L.C. | Organization | N/A | 5929 FASHION POINT DR., SUITE 501 SOUTH OGDEN, UT 84403, USA |

### Secured Parties

| Name | Type | Action Type | Address |
|---|---|---|---|
| CITY NATIONAL BANK, AS ADMINISTRATIVE AGENT | Organization | N/A | 555 SOUTH FLOWER STREET, 24TH FLOOR LOS ANGELES, CA 90071, USA |

### Collateral
ALL ASSETS OF DEBTOR, WHETHER NOW EXISTING OR HEREAFTER ARISING, AND WHETHER NOW OWNED OR HEREAFTER ACQUIRED.



SPENCER COX
*Governor*

DEIDRE HENDERSON
*Lieutenant Governor*

# State of Utah
# Department of Commerce

### Division of Corporations and Commercial Code

MARGARET BUSSE
*Executive Director*

LEIGH VEILLETTE
*Director, Division of Corporations and Commercial Code*

## February 27, 2023

Ray Quinney & Nebeker P.C.
36 South State Street, Suite 1400
Salt Lake City, UT 84111 - USA

## UCC-11 Information Request

Your Request for Information has been processed by the Utah Division of Corporations and Commercial Code matching filing(s) in the Division's computerized database with the following search parameter(s) and the "Exact" filter:

**Search Number :** 230227942782-2

| | |
|---|---|
| **Debtor Name:** NDM RESTAURANTS, L.C. | **Search Response:** All (Lapsed and Unlapsed) |
| **Debtor Type:** Organization | **Copies:** No Copies |
| **Date Range:** All Available Filings | **City:** |

The Utah Division of Corporations and Commercial Code herby certifies that the attached information is filed and of Record in the Offices of the Division as of 02/26/2023 at 18:00 MST.

Sincerely,
FILING OFFICER





SPENCER COX
*Governor*

DEIDRE HENDERSON
*Lieutenant Governor*

# State of Utah
# Department of Commerce

## Division of Corporations and Commercial Code

MARGARET BUSSE
*Executive Director*

LEIGH VEILLETTE
*Director, Division of Corporations and Commercial Code*

**Filing Chain#:** 2
**Original File#:** 537677201841

**Lapse Date:** 02/25/2023
**Lien Type:** UCC Lien



---

**Filing #:** 537677201841  **Filing Date:** 02/23/2018  **Filing Type:** Initial Financing Statement UCC-1  **Page Count:** 1

**Debtors**

| Name | Type | Action Type | Address |
|---|---|---|---|
| NDM RESTAURANTS, L.C. | Organization | N/A | 5929 FASHION POINT DR., SUITE 501 SOUTH OGDEN, UT 84403, USA |

**Secured Parties**

| Name | Type | Action Type | Address |
|---|---|---|---|
| CITY NATIONAL BANK, AS ADMINISTRATIVE AGENT | Organization | N/A | 555 SOUTH FLOWER STREET, 24TH FLOOR LOS ANGELES, CA 90071, USA |

**Collateral**
ALL ASSETS OF DEBTOR, WHETHER NOW EXISTING OR HEREAFTER ARISING, AND WHETHER NOW OWNED OR HEREAFTER ACQUIRED.



**SPENCER COX**
*Governor*

**DEIDRE HENDERSON**
*Lieutenant Governor*

# State of Utah
# Department of Commerce

### Division of Corporations and Commercial Code

**MARGARET BUSSE**
*Executive Director*

**LEIGH VEILLETTE**
*Director, Division of Corporations and Commercial Code*

### February 27, 2023

Ray Quinney & Nebeker P.C.
36 South State Street, Suite 1400
Salt Lake City, UT 84111 -  USA

### UCC-11 Information Request

Your Request for Information has been processed by the Utah Division of Corporations and Commercial Code matching filing(s) in the Division's computerized database with the following search parameter(s) and the "Exact" filter:

**Search Number :** 230227942783-9

| | |
|---|---|
| **Debtor Name:** NKS RESTAURANTS, L.C. | **Search Response:** All (Lapsed and Unlapsed) |
| **Debtor Type:** Organization | **Copies:** No Copies |
| **Date Range:** All Available Filings | **City:** |

The Utah Division of Corporations and Commercial Code herby certifies that the attached information is filed and of Record in the Offices of the Division as of 02/26/2023 at 18:00 MST.

Sincerely,
FILING OFFICER





**SPENCER COX**
*Governor*

**DEIDRE HENDERSON**
*Lieutenant Governor*

# State of Utah
# Department of Commerce

### Division of Corporations and Commercial Code

**MARGARET BUSSE**
*Executive Director*

**LEIGH VEILLETTE**
*Director, Division of Corporations and Commercial Code*

## Liens Filing Search Report

The Utah Division of Corporations and Commercial Code hereby certifies that the attached list is a true and exact list of all financing statements or CFS liens and related subsequent documentation for the debtor below as filed with the Division of Corporations and Commercial Code office, Uniform Commercial Code Division, as of the Through Date below.

February 27, 2023

**Date Searched:** 2/27/2023 10:18:34 AM    **Search Criteria:**
**Searched by:**
**Filing Chains:** 2

**Good Through Filing Date:** 02/26/2023

**Cities:**
**Date Range:** All Available Filings
**Include Filings Outside Range?:** All Available Filings

**Filing Status:** ALL(Lapsed and Unlapsed)
**Include Records:** N/A

**Organization Name:** NKS RESTAURANTS, L.C.

---

**Filing Chain#:** 1
**Original File#:** 537684201840

**Lapse Date:** 02/25/2023
**Lien Type:** UCC Lien

---

**Filing #:** 537684201840    **Filing Date:** 02/23/2018    **Filing Type:** Initial Financing Statement UCC-1    **Page Count:** 1

**Debtors**

| Name | Type | Action Type | Address |
|---|---|---|---|
| NKS RESTAURANTS, L.C. | Organization | N/A | 5929 FASHION POINT DR., SUITE 501 SOUTH OGDEN, UT 84403, USA |

**Secured Parties**

| Name | Type | Action Type | Address |
|---|---|---|---|
| CITY NATIONAL BANK, AS ADMINISTRATIVE AGENT | Organization | N/A | 555 SOUTH FLOWER STREET, 24TH FLOOR LOS ANGELES, CA 90071, USA |

**Collateral**
ALL ASSETS OF DEBTOR, WHETHER NOW EXISTING OR HEREAFTER ARISING, AND WHETHER NOW OWNED OR HEREAFTER ACQUIRED.