| | |
|---|---|
| J. Thomas Beckett (UT Bar No. 5587)<br>**PARSONS BEHLE & LATIMER**<br>201 S. Main Street, Suite 1800<br>Salt Lake City, UT 84111<br>Tel:  801-532.1234<br>Fax:  801-536.6111<br>TBeckett@parsonsbehle.com<br>ECF@parsonsbehle.com<br><br>*Counsel for Burger King Company, LLC* | Glenn D. Moses (FL Bar No. 174556)<br>(*Pro Hac Vice Pending*)<br>Paul J. Battista (FL Bar No. 884162)<br>(*Pro Hac Vice Pending*)<br>**VENABLE, LLP**<br>100 se 2ND street, Suite 4400<br>Miami, FL 33131<br>Tel:  305-372-2522<br>PJBattista@Venable.com<br>GDMoses@Venable.com |

### IN THE UNITED STATES BANKRUPTCY COURT
### DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re:<br><br>**MERIDIAN RESTAURANTS UNLIMITED, LC**, a Utah limited liability company, et al.<br><br>Tax ID No. 22-3863257,<br><br>            Debtor-in-Possession. | Bankruptcy No. 23-20731-KRA<br><br>Chapter 11<br><br>Hon. Kevin R. Anderson |

### ORDER OF ADMISSION PRO HAC VICE

It appearing to the Court that Applicant, Glenn D. Moses, meets the pro hac vice admission requirements of DUCivR 83-1.1(d) and Local Rule 2090-1, the Motion for Applicant's Admission Pro Hac Vice in the United States Bankruptcy Court, District of Utah in the subject case is GRANTED.

4882-2282-4533.v1

The Applicant's contact information is as follows:

Business Address:    Glenn D. Moses (FL Bar No. 174556)
**VENABLE, LLP**
100 se 2ND street, Suite 4400
Miami, FL 33131
Tel: 305-372-2522
GDMoses@Venable.com

-------------------------------------------------END OF DOCUMENT---------------------------------------

2

4882-2282-4533.v1

**CERTIFICATE OF SERVICE**

I, hereby certify that on this 7th day of March, 2023, I electronically filed the foregoing ***ORDER OF ADMISSION PRO HAC VICE*** with the United States Bankruptcy Court for the District of Utah by using the CM/ECF system. I further certify that the parties of record in this case, as identified below, are registered CM/ECF users:

- **Michael R. Johnson** mjohnson@rqn.com, docket@rqn.com;ASanchez@rqn.com

- **Peter J. Kuhn** Peter.J.Kuhn@usdoj.gov, James.Gee@usdoj.gov;Lindsey.Huston@usdoj.gov;Rinehart.Peshell@usdoj.gov;Rachelle.D.Armstrong@usdoj.gov;Brittany.Eichorn@usdoj.gov

- **James T. Markus** jmarkus@MarkusWilliams.com, sschaefer@markuswilliams.com

- **David W. Newman tr** david.w.newman@usdoj.gov, Lindsey.Huston@usdoj.gov;James.Gee@usdoj.gov;Rinehart.Peshell@usdoj.gov;Rachelle.D.Armstrong@usdoj.gov;Brittany.Eichorn@usdoj.gov

- **United States Trustee** USTPRegion19.SK.ECF@usdoj.gov

**Manual Notice List**

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service.

No manual recipients.

/s/ J. Thomas Beckett

3

4882-2282-4533.v1