Michael R. Johnson (7070)
David H. Leigh (9433)
Elaine A. Monson (5523)
**RAY QUINNEY & NEBEKER P.C.**
36 South State Street, 14th Floor
Salt Lake City, Utah 84111
Tel: (801) 532-1500
Email: mjohnson@rqn.com
Email: dleigh@rqn.com
Email: emonson@rqn.com

James T. Markus *(pro hac vice pending)*
William G. Cross *(pro hac vice pending)*
Lacey S. Bryan *(pro hac vice pending)*
**MARKUS WILLIAMS YOUNG & HUNSICKER LLC**
1775 Sherman Street, Suite 1950
Denver, Colorado 80203-4505
Telephone (303) 830-0800
Facsimile (303) 830-0809
Email: jmarkus@markuswilliams.com
Email: wcross@markuswilliams.com
Email: lbryan@markuswilliams.com

*Proposed Counsel for the Debtors-in-Possession*

IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| | |
|---|---|
| In re:<br><br>**MERIDIAN RESTAURANTS UNLIMITED, LC**, a Utah limited liability company,<br><br>Tax I.D. No. 22-3863257,<br><br>Debtor-in-Possession. | Bankruptcy Case No. 23-20731-KRA<br><br>Chapter 11<br><br>Honorable Kevin R. Anderson<br><br>[Filed Electronically] |
| In re:<br><br>**LOVELOUD RESTAURANTS, L.C.**, a Utah limited liability company,<br><br>Tax I.D. No. 87-3720443,<br><br>Debtor-in-Possession. | Bankruptcy Case No. 23-20732-KRA<br><br>Chapter 11<br><br>Honorable Kevin R. Anderson<br><br>[Filed Electronically] |

| | |
|---|---|
| In re: <br><br>**AZM RESTAURANTS, L.C.**, a Utah limited liability company,<br><br>Tax I.D. No. <u>47-3131673</u>,<br><br>　　　　Debtor-in-Possession. | Bankruptcy Case No. 23-20733<br><br>Chapter 11<br><br>Honorable Kevin R. Anderson<br><br>[Filed Electronically] |
| In re:<br><br>**HR RESTAURANTS, L.C.**, a Utah limited liability company,<br><br>Tax I.D. No. <u>26-2114591</u>,<br><br>　　　　Debtor-in-Possession. | Bankruptcy Case No. 23-7020736-KRA<br><br>Chapter 11<br><br>Honorable Kevin R. Anderson<br><br>[Filed Electronically] |
| In re:<br><br>**MR RESTAURANTS, L.C.**, a Utah limited liability company,<br><br>Tax I.D. No. <u>27-2405774</u>,<br><br>　　　　Debtor-in-Possession. | Bankruptcy Case No. 23-20737-KRA<br><br>Chapter 11<br><br>Honorable Kevin R. Anderson<br><br>[Filed Electronically] |
| In re:<br><br>**NDM RESTAURANTS, L.C.**, a Utah limited liability company,<br><br>Tax I.D. No. <u>47-1791172</u>,<br><br>　　　　Debtor-in-Possession. | Bankruptcy Case No. 23-20738-KRA<br><br>Chapter 11<br><br>Honorable Kevin R. Anderson<br><br>[Filed Electronically] |

| | |
|---|---|
| In re:<br><br>**NKS RESTAURANTS, L.C.**, a Utah limited liability company,<br><br>Tax I.D. No. 82-3393400,<br><br>Debtor-in-Possession. | Bankruptcy Case No. 23-20739-KRA<br><br>Chapter 11<br><br>Honorable Kevin R. Anderson<br><br>[Filed Electronically] |

**NOTICE OF THE DEBTORS' AMENDED CONSOLIDATED INITIAL 13 WEEK ROLLING CASH FLOW BUDGET**

Debtors Meridian Restaurants Unlimited, L.C. ("Meridian"), debtor-in-possession in the chapter 11 case of In re Meridian Restaurants Unlimited, L.C., case no. 23-20731-KRA, Loveloud Restaurants, L.C. ("Loveloud"), debtor-in-possession in the chapter 11 case of In re Loveloud Restaurants, L.C., case no. 23-20732-KRA, AZM Restaurants, L.C. ("AZM"), debtor-in-possession in the chapter 11 case of In re AZM Restaurants, L.C., case no. 23-20733-KRA, HR Restaurants, L.C. ("HR"), debtor-in-possession in the chapter 11 case of In re HR Restaurants, L.C., case no. 23-20736-KRA, MR Restaurants, L.C. ("MR"), debtor-in-possession in the chapter 11 case of In re MR Restaurants, L.C., case no. 23-20737-KRA, NDM Restaurants, L.C. ("NDM"), debtor-in-possession in the chapter 11 case of In re NDM Restaurants, L.C., case no. 23-20738-KRA, and nKS Restaurants, L.C. ("NKS"),[1] debtor-in-possession in the chapter 11 case of In re NKS Restaurants, L.C., case no. 23-20739-KRA, by and through their undersigned proposed counsel, hereby file as Exhibit "A" their Consolidated

---

[1] Meridian, Loveloud, AZM, HR, MR, NDM, and NKS are each a "Debtor" and collectively referred to herein as the "Debtors".

3

Initial 13 Week Cash Flow Budget and, thereby, provide notice to the Court and to parties in interest of their estimated revenues and expenses during the initial 13-week period of the Debtors' bankruptcy cases.

DATED: March 6, 2023

Respectfully submitted,

RAY QUINNEY & NEBEKER P.C.

By: */s/ Michael R. Johnson*
Michael R. Johnson (7070)
David H. Leigh (9433)
Elaine A. Monson (5523)
36 South State Street, 14th Floor
Salt Lake City, Utah 84111
Tel: (801) 532-1500
Email: mjohnson@rqn.com
Email: dleigh@rqn.com
Email: emonson@rqn.com

*Proposed Counsel for the Debtor-In-Possession*

-- and --

MARKUS WILLIAMS YOUNG & HUNSICKER LLC

By: */s/ William G. Cross*
James T. Markus *(pro hac vice pending)*
William G. Cross *(pro hac vice pending)*
**MARKUS WILLIAMS YOUNG & HUNSICKER LLC**
1775 Sherman Street, Suite 1950
Denver, Colorado 80203-4505
Telephone (303) 830-0800
Facsimile (303) 830-0809
Email: jmarkus@markuswilliams.com
Email: wcross@markuswilliams.com

*Proposed Counsel for the Debtor-In-Possession*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on March 6, 2023, I electronically filed the foregoing document with the Clerk of Court using CM/ECF system, which sent notification of such filing to the Office of the United States Trustee and all other electronic filing users in this case.

                                                */s/ Carrie Hurst*

5

# EXHIBIT A

### 13 Week Rolling Cash Flow

| RESTRUCTURING BUDGET | 3/6/2023 | 3/13/2023 | 3/20/2023 | 3/27/2023 | 4/3/2023 | 4/10/2023 | 4/17/2023 | 4/24/2023 | 5/1/2023 | 5/8/2023 | 5/15/2023 | 5/22/2023 | 5/29/2023 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Starting Cash Balance (Monday Morning) | 2,438,559 | 2,221,029 | 3,299,180 | 2,081,068 | 3,681,720 | 2,273,500 | 2,060,533 | 1,772,346 | 2,574,731 | 2,227,843 | 2,636,563 | 1,797,516 | 3,181,939 |
| | | | | | | | | | | | | | |
| Total Weekly Cash Inflow | 2,769,833 | 2,797,090 | 2,855,748 | 2,879,331 | 2,692,391 | 2,417,355 | 2,425,483 | 2,594,297 | 3,293,815 | 3,052,957 | 2,588,028 | 2,619,413 | 2,617,081 |
| Sum of Starting Cash plus Total Cash Inflow | 5,208,391 | 5,018,119 | 6,154,928 | 4,960,398 | 6,374,111 | 4,690,855 | 4,486,016 | 4,366,643 | 5,868,546 | 5,280,799 | 5,224,591 | 4,416,929 | 5,799,020 |
| | | | | | | | | | | | | | |
| **Cash Outflow:** | | | | | | | | | | | | | |
| Sales Tax | - | 15,000 | 378,369 | - | 290,344 | 15,000 | - | 451,790 | 301,155 | 15,000 | 410,963 | - | 283,975 |
| Other Sales Tax | - | - | - | - | - | - | 80,800 | - | 80,800 | - | 40,400 | - | 40,400 |
| Replacements/R&M | 20,766 | 53,538 | 54,897 | 25,723 | 65,887 | 59,158 | 59,398 | 11,053 | 63,562 | 62,669 | 62,415 | 63,182 | 22,735 |
| VISA-Operating/AP | 22,932 | 23,180 | 23,634 | 23,823 | 22,294 | 20,046 | 20,126 | 21,186 | 21,518 | 21,219 | 21,134 | 21,390 | 21,371 |
| Utilities | - | - | - | - | 94,386 | 84,750 | 85,094 | 89,637 | 91,056 | 89,778 | 89,413 | 90,511 | 90,430 |
| Utility Deposits | | | 200,000 | | 200,000 | | | | | | | | |
| Insurance | 129,300 | 165,543 | 24,853 | 213,444 | 24,853 | 64,853 | 24,853 | 213,444 | 24,853 | 24,853 | 24,853 | 24,853 | 213,444 |
| Transaction, legal, professional expenses (financial advisor, acctg, etc.) | - | 70,000 | - | - | - | 70,000 | - | 200,000 | - | 70,000 | - | 200,000 | - |
| Miscellaneous/Contingencies | 0 | 58,056 | 59,224 | (0) | 130,779 | 9,997 | 50,204 | 0 | 53,781 | 53,014 | 52,795 | 53,454 | (10,652) |
| Equipment Lease | - | - | 10,000 | - | - | - | 10,000 | - | - | - | 10,000 | - | - |
| Loan Payments | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Rent | - | 488,787 | 527,555 | - | 405,980 | 414,870 | - | - | 397,090 | 414,870 | - | - | - |
| Excess Rent | - | - | - | - | 33,000 | 100,000 | - | - | - | 30,000 | - | - | - |
| Food | 817,417 | 844,835 | 857,868 | 869,759 | 844,889 | 774,808 | 734,594 | 755,777 | 781,612 | 782,028 | 774,503 | 777,474 | 781,876 |
| Doordash | - | - | - | 20,000 | - | - | - | 20,000 | - | - | - | - | 20,000 |
| Other Comp | - | - | 3,000 | 15,000 | - | - | 3,000 | 15,000 | - | - | - | 3,000 | 15,000 |
| Payroll, net of tax | 1,414,486 | - | 1,481,426 | - | 1,492,040 | - | 1,252,482 | - | 1,311,441 | - | 1,312,850 | - | 1,322,904 |
| Payroll tax | 407,181 | - | 426,033 | - | 434,158 | 1,100 | 366,119 | - | 382,310 | 1,100 | 382,715 | - | 389,275 |
| Garnishments, 401K, HealthEquity, Life Insurance, etc | 27,000 | - | 27,000 | - | 27,000 | - | 27,000 | - | 27,000 | - | 27,000 | - | 27,000 |
| Burger King (Ad Fund, Royalties, Fran Fees, Reimbursements) | - | - | - | - | - | 1,015,739 | - | - | - | 898,154 | - | - | - |
| Xenial | 35,000 | - | - | - | 35,000 | - | - | - | 35,000 | - | - | - | 35,000 |
| Property Taxes | 113,280 | - | - | 110,930 | - | - | - | 14,025 | 69,525 | 181,550 | 218,035 | 1,125 | 215,205 |
| | | | | | | | | | | | | | |
| **Total Weekly Cash Outflow** | 2,987,362 | 1,718,939 | 4,073,860 | 1,278,679 | 4,100,611 | 2,630,323 | 2,713,670 | 1,791,912 | 3,640,703 | 2,644,236 | 3,427,075 | 1,234,989 | 3,467,962 |
| | | | | | | | | | | | | | |
| **Net Weekly Cash Inflow (Outflow)** | (217,529) | 1,078,151 | (1,218,112) | 1,600,652 | (1,408,220) | (212,967) | (288,187) | 802,385 | (346,889) | 408,720 | (839,047) | 1,384,423 | (850,882) |
| | | | | | | | | | | | | | |
| **Rolling Operating Cash Balance** | 2,221,029 | 3,299,180 | 2,081,068 | 3,681,720 | 2,273,500 | 2,060,533 | 1,772,346 | 2,574,731 | 2,227,843 | 2,636,563 | 1,797,516 | 3,181,939 | 2,331,058 |
| | | | | | | | | | | | | | |
| **Other Restructuring Costs** | | | | | | | | | | | | | |
| US Trustees Office | - | - | - | - | - | - | 150,000 | - | - | - | - | - | - |
| | | | | | | | | | | | | | |
| **Weekly Cash Outflow for Other** | - | - | - | - | - | - | 150,000 | - | - | - | - | - | - |
| **Ending Net Cash Balance (Friday Night)** | 2,221,029 | 3,299,180 | 2,081,068 | 3,681,720 | 2,273,500 | 2,060,533 | 1,622,346 | 2,574,731 | 2,227,843 | 2,636,563 | 1,797,516 | 3,181,939 | 2,331,058 |