| Store ID | Operating Debtor | Restaurant Name | City | State | Counterparty to Lease Agreement |
|---|---|---|---|---|---|
| 11071 | NDM Restaurants, L.C. | North Alexandria | Alexandria | MN | RABKA ENTERPRISES, LLC |
| 13377 | NDM Restaurants, L.C. | East Grand Forks | East Grand Forks | MN | DEL FAVERO PROPERTIES, LLC |
| 12139 | NDM Restaurants, L.C. | West Fergus | Fergus Falls | MN | BOBCAT CAPITAL, LTD. |
| 12317 | NDM Restaurants, L.C. | Litchfield | Litchfield | MN | Vu Family Trust |
| 25978 | HR Restaurants, L.C. | Lewistown | Lewistown | MT | JAMES LEE PARDEE III REVOCABLE LIVING TRUST, UAD 8/26/09, AS AME |
| 23274 | MR Restaurants, L.C. | Heber | Heber | UT | SARFAR PROPERTIES - NEW LL 06/22 [HEBER GATEWAY POA] |
| 9752 | MR Restaurants, L.C. | Fort Union | Sandy | UT | HIGHPOINT SHOPPING CENTER LTD. |
| 20352 | MR Restaurants, L.C. | Clearfield | Clearfield | UT | WOOD KING, LLC |
| 17878 | MR Restaurants, L.C. | Lehi | Lehi | UT | TIMOTHY BURGESS, TRUSTEE |
| 17830 | MR Restaurants, L.C. | Saratoga | Saratoga Springs | UT | EVERGREEN - CROSSROADS |
| 10339 | MR Restaurants, L.C. | South Towne | Sandy | UT | IDG-SANDY, LLC |
| 17146 | MR Restaurants, L.C. | Draper | Draper | UT | BANGERTER CROSSING |
| 23634 | NKS Restaurants, L.C. | McPherson | McPherson | KS | TRIPLETT, INC. |
| 7906 | NKS Restaurants, L.C. | York | York | NE | RICHARD B SWINNEY, TRUSTEE |
| 26137 | MR Restaurants, L.C. | Roy | Roy | UT | SEA BREEZE PROPERTIES |
| 14060 | NDM Restaurants, L.C. | Eastgate | Willmar | MN | BK 1611 EAST HIGHWAY 12 LLC |
| 13029 | NKS Restaurants, L.C. | O Street | Lincoln | NE | BURGER KING |
| 6118 | HR Restaurants, L.C. | Cody | Cody | WY | RODEO CITY, LLC |
| 12389 | NDM Restaurants, L.C. | Long Prairie | Long Prairie | MN | 360 LEXINGTON, LLC |
| 4290 | NDM Restaurants, L.C. | Gateway | Grand Forks | ND | BOBCAT CAPITAL, LTD. |
| 10678 | NDM Restaurants, L.C. | Montevideo | Montevideo | MN | W.COLON REAL ESTATE HOLDINGS CORP |
| 11534 | NDM Restaurants, L.C. | Redwood Falls | Redwood Falls | MN | SGM CORP |
| 8511 | NKS Restaurants, L.C. | Superior Street | Lincoln | NE | LINDA A HARNER, TRUSTEE |
| 7485 | HR Restaurants, L.C. | Downtown | Billings | MT | BK RE 7485 LLC - |
| 7961 | NDM Restaurants, L.C. | North Moorhead | Moorhead | MN | THANH LEWIS |
| 12473 | HR Restaurants, L.C. | Columbia falls | Columbia Falls | MT | BK RE 12473 LLC - |
| 6069 | MR Restaurants, L.C. | North Temple | Salt Lake City | UT | WELLS FARGO BANK, N.A. |

EXHIBIT A