| Burger King Restaurant ID | Legal Entity | Restaurant Name | City | State |
|---|---|---|---|---|
| 25978 | HR Restaurants, L.C. | Lewistown | Lewistown | MT |
| 23274 | MR Restaurants, L.C. | Heber | Heber | UT |
| 9752 | MR Restaurants, L.C. | Fort Union | Sandy | UT |
| 20352 | MR Restaurants, L.C. | Clearfield | Clearfield | UT |
| 17878 | MR Restaurants, L.C. | Lehi | Lehi | UT |
| 17830 | MR Restaurants, L.C. | Saratoga | Saratoga Springs | UT |
| 10339 | MR Restaurants, L.C. | South Towne | Sandy | UT |
| 17146 | MR Restaurants, L.C. | Draper | Draper | UT |
| 23634 | NKS Restaurants, L.C. | McPherson | McPherson | KS |
| 7906 | NKS Restaurants, L.C. | York | York | NE |
| 26137 | MR Restaurants, L.C. | Roy | Roy | UT |
| 14060 | NDM Restaurants, L.C. | Eastgate | Willmar | MN |
| 13029 | NKS Restaurants, L.C. | O Street | Lincoln | NE |
| 6118 | HR Restaurants, L.C. | Cody | Cody | WY |
| 12389 | NDM Restaurants, L.C. | Long Prairie | Long Prairie | MN |
| 4290 | NDM Restaurants, L.C. | Gateway | Grand Forks | ND |
| 10678 | NDM Restaurants, L.C. | Montevideo | Montevideo | MN |
| 11534 | NDM Restaurants, L.C. | Redwood Falls | Redwood Falls | MN |
| 8511 | NKS Restaurants, L.C. | Superior Street | Lincoln | NE |
| 7485 | HR Restaurants, L.C. | Downtown | Billings | MT |
| 7961 | NDM Restaurants, L.C. | North Moorhead | Moorhead | MN |
| 12473 | HR Restaurants, L.C. | Columbia falls | Columbia Falls | MT |
| 6069 | MR Restaurants, L.C. | North Temple | Salt Lake City | UT |

EXHIBIT B