**This order is SIGNED.**

**Dated: April 6, 2023**



KEVIN R. ANDERSON
U.S. Bankruptcy Judge

---

*Prepared and submitted by:*

| | |
|---|---|
| Michael R. Johnson (7070) | James T. Markus (*pro hac vice*) |
| David H. Leigh (9433) | William G. Cross (*pro hac vice*) |
| Elaine A. Monson (5523) | Lacey S. Bryan (*pro hac vice*) |
| **RAY QUINNEY & NEBEKER P.C.** | **MARKUS WILLIAMS YOUNG &** |
| 36 South State Street, 14th Floor | **HUNSICKER LLC** |
| Salt Lake City, Utah 84111 | 1775 Sherman Street, Suite 1950 |
| Tel: (801) 532-1500 | Denver, Colorado 80203-4505 |
| Email: mjohnson@rqn.com | Telephone (303) 830-0800 |
| Email: dleigh@rqn.com | Facsimile (303) 830-0809 |
| Email: emonson@rqn.com | Email: jmarkus@markuswilliams.com |
| | Email: wcross@markuswilliams.com |
| *Proposed Counsel for the Debtor-In-Possession* | Email: lbryan@markuswilliams.com |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case No. 23-20731-KRA |
| MERIDIAN RESTAURANTS UNLIMITED, LC; | Bankruptcy Case No. 23-20732-KRA |
| LOVELOUD RESTAURANTS, LC; | Bankruptcy Case No. 23-20733-KRA |
| AZM RESTAURANTS, LC; HR | Bankruptcy Case No. 23-20736-KRA |
| RESTAURANTS, LC; MR RESTAURANTS, LC; | Bankruptcy Case No. 23-20737-KRA |
| NDM RESTAURANTS, LC; and | Bankruptcy Case No. 23-20738-KRA |
| NKS RESTAURANTS, LC, | Bankruptcy Case No. 23-20739-KRA |
| Debtors-in-Possession. | Chapter 11 |
| | Judge Kevin R. Anderson |
| | **Jointly Administered Under Bankruptcy Case No. 23-20731-KRA** |
| | [Filed via ECF] |

**FINAL ORDER AUTHROIZING AND DIRECTING THE JOINT ADMINISTRATION AND PROCEDURAL (BUT NOT SUBSTANTIVE) CONSOLIDATION OF RELATED CHAPTER 11 CASES**

This matter came before the Court on April 4, 2023, for a final hearing on the *Motion for Entry of Interim Order: (A) Directing Joint Administration and Procedural (But Not Substantive) Consolidation of Related Chapter 11 Cases; (B) Setting a Final Hearing; and (C) Granting Related Relief* (the "Motion") filed jointly by Debtors Meridian Restaurants Unlimited, L.C. ("Meridian"), debtor-in-possession in the chapter 11 case of In re Meridian Restaurants Unlimited, L.C., case no. 23-20731-KRA, Loveloud Restaurants, L.C. ("Loveloud"), debtor-in-possession in the chapter 11 case of In re Loveloud Restaurants, L.C., case no. 23-20732-KRA, AZM Restaurants, L.C. ("AZM"), debtor-in-possession in the chapter 11 case of In re AZM Restaurants, L.C., case no. 23-20733-KRA, HR Restaurants, L.C. ("HR"), debtor-in-possession in the chapter 11 case of In re HR Restaurants, L.C., case no. 23-20736-KRA, MR Restaurants, L.C. ("MR"), debtor-in-possession in the chapter 11 case of In re MR Restaurants, L.C., case no. 23-20737-KRA, NDM Restaurants, L.C. ("NDM"), debtor-in-possession in the chapter 11 case of In re NDM Restaurants, L.C., case no. 23-20738-KRA, and NKS Restaurants, L.C. ("NKS"), debtor-in-possession in the chapter 11 case of In re NKS Restaurants, L.C., case no. 23-20739-KRA.[1] At the hearing, James T. Markus and Michael R. Johnson represented the Debtors, and other creditors and parties' in interest noted their appearances upon the record.

Prior to the hearing, the Court carefully considered the Motion and all papers filed in support thereof. At the hearing, the Court carefully considered the arguments of counsel. At

---

[1] Meridian, Loveloud, AZM, HR, MR, NDM, and NKS are each a "Debtor" and collectively referred to herein as the "Debtors".

the conclusion of the hearing, and after noting the absence of any objections to the Motion, the Court made its findings and conclusions on the record determining that the Motion was well-taken and should be granted. The Court's findings and conclusions made on the record are incorporated herein by this reference.

Based upon the foregoing, and good cause appearing therefore, **IT IS HEREBY ORDERED** as follows:

1. This Court has jurisdiction over the chapter 11 cases filed by the Debtors pursuant to 28 U.S.C. §§ 1334 and 157(b)(2)(G), and the Motion is a core proceeding. Venue of the cases filed by the Debtors is appropriate under 28 U.S.C. § 1408(a).

2. Notice of the Motion, of the deadline to object thereto and of the final hearing thereon was adequate and appropriate under the particular circumstances, and no other notice need be given. To the extent not resolved prior to the hearing, all objections to the Motion, if any were filed, shall be, and they hereby are, overruled.

3. The Motion shall be, and it hereby is, granted on a final basis as set forth herein.

4. The chapter 11 cases filed by the seven Debtors shall be procedurally consolidated and jointly administered under the docket for the Meridian Case, *In re Meridian Restaurants Unlimited, L.C.,* Case No. 23-20731-KRA (the "Meridian Case"), before the Honorable Kevin R. Anderson, and with all filings (other than the filing of proofs of claim) to take place in the Meridian Case.

5. All pleadings and other papers filed in either the Meridian Case or any case filed by any of the other Debtors (other than proofs of claim) shall bear a joint caption, in substantially the form set forth in paragraph 10 below.

6. Unless and until the Debtors' cases are substantively consolidated, proofs of claim shall be filed against the applicable Debtor(s) having liability for the claim in the specific case to which they apply, and the Clerk of the Court shall maintain a separate Claims Register in each case unless the Court orders otherwise.

7. Unless and until the Debtors' cases are substantively consolidated, monthly financial reports must be filed by each Debtor in the specific case to which they apply.

8. Unless and until the Debtors' cases are substantively consolidated, schedules, statements, lists and other required documents, and any amendments thereto, pursuant to Fed. R. Bankr. P. 1002 and 1007, shall be filled by each Debtor in the specific case to which the amendments apply.

9. Any motion and/or application which applies to less than all jointly administered Debtors must clearly indicate in the title which Debtor(s) the motion and/or application applies, but must still be filed in the Meridian Case.

10. The Clerk of the Court shall file and maintain all pleadings, papers, and other filings in either the Meridian Case or in the cases filed by the other Debtors (other than proofs of claim) under a single pleading docket—that pleading docket being the docket for the Meridian Case—and all pleadings, papers, proofs of claim or other filings relating to either the Meridian Case or the cases filed by the other Debtors shall bear a single joint caption, in the form substantially similar to the following (with parties in interest noting on the joint caption of their filing to which case(s) their filing relates):

**[RECOMMENDED CAPTION]**

IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| | |
|---|---|
| In re:<br><br>MERIDIAN RESTAURANTS UNLIMITED, LC; LOVELOUD RESTAURANTS, LC; AZM RESTAURANTS, LC; HR RESTAURANTS, LC; MR RESTAURANTS, LC; NDM RESTAURANTS, LC; and NKS RESTAURANTS, LC,<br><br>Debtors-in-Possession. | Bankruptcy Case No. 23-20731-KRA<br>Bankruptcy Case No. 23-20732-KRA<br>Bankruptcy Case No. 23-20733-KRA<br>Bankruptcy Case No. 23-20736-KRA<br>Bankruptcy Case No. 23-20737-KRA<br>Bankruptcy Case No. 23-20738-KRA<br>Bankruptcy Case No. 23-20739-KRA<br><br>Chapter 11<br><br>Judge Kevin R. Anderson<br><br>**Jointly Administered Under**<br>**Bankruptcy Case No. 23-20731-KRA**<br><br>[Filing Relates to Case No(s). _____]<br><br>[Filed via ECF] |

11.   On March 31, 2023, the Debtors filed their *Debtors' Motion and Memorandum in Support of Substantive Consolidation of the Debtors' Jointly Administered Cases Under 11 U.S.C. § 105(a) Nunc Pro Tunc to the Petition Date* (the "Consolidation Motion") [*see e.g.,* Dkt. # 119, Meridian Case]. The Consolidation Motion has been set for a preliminary hearing on April 18, 2023, at the hour of 1:30 p.m. The rights of all parties in interest with respect to the Consolidation Motion are expressly reserved. Nothing set forth herein shall prejudice the rights of any party with respect to the Consolidation Motion and the relief requested by the Debtors therein.

-------------------------------------------END OF DOCUMENT-----------------------------------------

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 5, 2023, I electronically filed the foregoing proposed **FINAL ORDER AUTHROIZING AND DIRECTING THE JOINT ADMINISTRATION AND PROCEDURAL (BUT NOT SUBSTANTIVE) CONSOLIDATION OF RELATED CHAPTER 11 CASES** with the Clerk of Court using CM/ECF system, which sent notification of such filing to the Office of the United States Trustee and all other electronic filing users in this case.

- **J. Thomas Beckett**  tbeckett@parsonsbehle.com, ecf@parsonsbehle.com;brothschild@parsonsbehle.com
- **David P. Billings**  dbillings@fabianvancott.com, mbeck@fabianvancott.com
- **Darwin H. Bingham**  dbingham@scalleyreading.net, cat@scalleyreading.net
- **Lacey S. Bryan**  lbryan@markuswilliams.com
- **Matthew James Burne**  matthew.burne@usdoj.gov, rinehart.peshell@usdoj.gov,james.gee@usdoj.gov,lindsey.huston@usdoj.gov,rachelle.d.hughes@usdoj.gov,brittany.eichorn@usdoj.gov
- **Ryan C. Cadwallader**  rcadwallader@kmclaw.com, twhite@kmclaw.com
- **Joseph M.R. Covey**  jcovey@parrbrown.com, calendar@parrbrown.com;lstumpf@parrbrown.com
- **P. Matthew Cox**  mw@scmlaw.com, ec@scmlaw.com
- **William G. Cross**  wcross@markuswilliams.com, sschaefer@markuswilliams.com;docket@markuswilliams.com;janderson@marksuwilliams.com
- **Michael Allen Gehret**  mgehret@atllp.com, ymurphy@atllp.com;sirvin@atllp.com;ecf@atllp.com;michael-gehret-6922@ecf.pacerpro.com
- **John S. Gygi**  john.gygi@sba.gov
- **Jack N. Hardwick**  jhardwick@sommerudall.com
- **Geoffrey A. Heaton**  gheaton@duanemorris.com, dmicros@duanemorris.com
- **Jared Inouye**  jinouye@btjd.com, docketing@btjd.com;cmontoya@btjd.com;kdunn@btjd.com;sruiz@btjd.com
- **Michael R. Johnson**  mjohnson@rqn.com, docket@rqn.com;ASanchez@rqn.com;RQN@ecfalerts.com
- **Peter J. Kuhn**  Peter.J.Kuhn@usdoj.gov, James.Gee@usdoj.gov;Lindsey.Huston@usdoj.gov;Rinehart.Peshell@usdoj.gov;Rachelle.D.Armstrong@usdoj.gov;Brittany.Eichorn@usdoj.gov
- **David H. Leigh**  dleigh@rqn.com, ASanchez@rqn.com;docket@rqn.com
- **James T. Markus**  jmarkus@markuswilliams.com, sschaefer@markuswilliams.com;Docket@markuswilliams.com

Case 23-20731 Doc 150 Filed 04/06/23 Entered 04/06/23 14:16:32 Desc Main
Document    Page 7 of 10

- **David W. Newman tr**  david.w.newman@usdoj.gov, Lindsey.Huston@usdoj.gov;James.Gee@usdoj.gov;Rinehart.Peshell@usdoj.gov;Rachelle.D.Armstrong@usdoj.gov;Brittany.Eichorn@usdoj.gov
- **David L. Pinkston**  dlp@scmlaw.com, ec@scmlaw.com;mw@scmlaw.com;intakeclerk@scmlaw.com
- **George W. Pratt**  gpratt@buchalter.com
- **Mark C. Rose**  mrose@mbt-law.com, markcroselegal@gmail.com
- **Jeremy C. Sink**  jsink@kmclaw.com, mcarlson@kmclaw.com
- **Jeffrey L. Trousdale**  jtrousdale@cohnekinghorn.com, mparks@ck.law;apetersen@ck.law
- **United States Trustee**  USTPRegion19.SK.ECF@usdoj.gov
- **Aaron M. Waite**  aaronmwaite@agutah.gov
- **Steven T. Waterman**  waterman.steven@dorsey.com, bingham.karen@dorsey.com,steven-waterman-9367@ecf.pacerpro.com
- **Melinda Willden tr**  melinda.willden@usdoj.gov, Lindsey.Huston@usdoj.gov;James.Gee@usdoj.gov;Rinehart.Peshell@usdoj.gov;Rachelle.D.Armstrong@usdoj.gov;Brittany.Eichorn@usdoj.gov

*/s/ Carrie Hurst*

1634326

**DESIGNATION OF PARTIES TO BE SERVED**

Service of the foregoing **FINAL ORDER AUTHROIZING AND DIRECTING THE JOINT ADMINISTRATION AND PROCEDURAL (BUT NOT SUBSTANTIVE) CONSOLIDATION OF RELATED CHAPTER 11 CASES (**the "**Order**") should be served on the persons in the manner designated below:

**By electronic service:** I certify that the parties of record in this case as identified immediately below are registered CM/ECF users and will be served notice of entry of the foregoing Order through the CM/ECF System:

- **J. Thomas Beckett**  tbeckett@parsonsbehle.com, ecf@parsonsbehle.com;brothschild@parsonsbehle.com
- **David P. Billings**  dbillings@fabianvancott.com, mbeck@fabianvancott.com
- **Darwin H. Bingham**  dbingham@scalleyreading.net, cat@scalleyreading.net
- **Lacey S. Bryan**  lbryan@markuswilliams.com
- **Matthew James Burne**  matthew.burne@usdoj.gov, rinehart.peshell@usdoj.gov,james.gee@usdoj.gov,lindsey.huston@usdoj.gov,rachelle.d.hughes@usdoj.gov,brittany.eichorn@usdoj.gov
- **Ryan C. Cadwallader**  rcadwallader@kmclaw.com, twhite@kmclaw.com
- **Joseph M.R. Covey**  jcovey@parrbrown.com, calendar@parrbrown.com;lstumpf@parrbrown.com
- **P. Matthew Cox**  mw@scmlaw.com, ec@scmlaw.com
- **William G. Cross**  wcross@markuswilliams.com, sschaefer@markuswilliams.com;docket@markuswilliams.com;janderson@marksuwilliams.com
- **Michael Allen Gehret**  mgehret@atllp.com, ymurphy@atllp.com;sirvin@atllp.com;ecf@atllp.com;michael-gehret-6922@ecf.pacerpro.com
- **John S. Gygi**  john.gygi@sba.gov
- **Jack N. Hardwick**  jhardwick@sommerudall.com
- **Geoffrey A. Heaton**  gheaton@duanemorris.com, dmicros@duanemorris.com
- **Jared Inouye**  jinouye@btjd.com, docketing@btjd.com;cmontoya@btjd.com;kdunn@btjd.com;sruiz@btjd.com
- **Michael R. Johnson**  mjohnson@rqn.com, docket@rqn.com;ASanchez@rqn.com;RQN@ecfalerts.com
- **Peter J. Kuhn**  Peter.J.Kuhn@usdoj.gov, James.Gee@usdoj.gov;Lindsey.Huston@usdoj.gov;Rinehart.Peshell@usdoj.gov;Rachelle.D.Armstrong@usdoj.gov;Brittany.Eichorn@usdoj.gov
- **David H. Leigh**  dleigh@rqn.com, ASanchez@rqn.com;docket@rqn.com

- **James T. Markus**  jmarkus@markuswilliams.com, sschaefer@markuswilliams.com;Docket@markuswilliams.com
- **David W. Newman tr**  david.w.newman@usdoj.gov, Lindsey.Huston@usdoj.gov;James.Gee@usdoj.gov;Rinehart.Peshell@usdoj.gov;Rachelle.D.Armstrong@usdoj.gov;Brittany.Eichorn@usdoj.gov
- **David L. Pinkston**  dlp@scmlaw.com, ec@scmlaw.com;mw@scmlaw.com;intakeclerk@scmlaw.com
- **George W. Pratt**  gpratt@buchalter.com
- **Mark C. Rose**  mrose@mbt-law.com, markcroselegal@gmail.com
- **Jeremy C. Sink**  jsink@kmclaw.com, mcarlson@kmclaw.com
- **Jeffrey L. Trousdale**  jtrousdale@cohnekinghorn.com, mparks@ck.law;apetersen@ck.law
- **United States Trustee**  USTPRegion19.SK.ECF@usdoj.gov
- **Aaron M. Waite**  aaronmwaite@agutah.gov
- **Steven T. Waterman**  waterman.steven@dorsey.com, bingham.karen@dorsey.com,steven-waterman-9367@ecf.pacerpro.com
- **Melinda Willden tr**  melinda.willden@usdoj.gov, Lindsey.Huston@usdoj.gov;James.Gee@usdoj.gov;Rinehart.Peshell@usdoj.gov;Rachelle.D.Armstrong@usdoj.gov;Brittany.Eichorn@usdoj.gov

**By U.S. Mail** – In addition to the foregoing persons of record receiving notice of the entry of the Order through the CM/ECF system, the following persons should be served with a copy of the Order by U.S. Mail pursuant to Fed R. Civ. P. 5(b).

**Paul J. Battista**
Venable, LLP
100 SE 2nd Street Ste 4400
Miami, FL 33131

**Michaela C. Crocker**
Katten Muchin Rosenman LLP
2121 North Pearl Street
Suite 1100
Dallas, TX 75201

**Erin Edelman**
Armstrong Teasdale
7700 Forsyth Blvd.
Suite 1800
St Louis, MO 63105

**William B. Freeman**
Katten Muchin Rosenman LLP
515 South Flower Street
Suite 4150
Los Angeles, CA 90071-2212

**Glenn D. Moses**
Venable, LLP
100 SE 2nd Street, Suite 4400
Miami, FL 33131

**Michael S. Myers**
Ballard Spahr LLP
2029 Century Park East
Suite 1400
Los Angeles, CA 90067

/s/ Carrie Hurst