Blake D. Miller (#4090)
bmiller@aklawfirm.com
Deborah R. Chandler (#12057)
dchandler@aklawfirm.com
ANDERSON & KARRENBERG
50 W. Broadway, Suite 600
Salt Lake City, UT 84101
Telephone: 801-534-1700
Fax: 801-364-7697

Attorneys for Reinhart Foodservice, L.L.C.

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF UTAH
# CENTRAL DIVISION

| | |
|---|---|
| In re:<br><br>MERIDIAN RESTAURANTS UNLIMITED, LC; LOVELOUD RESTAURANTS, LC; AZM RESTAURANTS, LC; HR RESTAURANTS, LC; MR RESTAURANTS, LC; NDM RESTAURANTS, LC; and NKS RESTAURANTS, LC,<br><br>Debtors-in-Possession. | Bankruptcy Case No. 23-20731-KRA<br>Bankruptcy Case No. 23-20732-KRA<br>Bankruptcy Case No. 23-20733-KRA<br>Bankruptcy Case No. 23-20736-KRA<br>Bankruptcy Case No. 23-20737-KRA<br>Bankruptcy Case No. 23-20738-KRA<br>Bankruptcy Case No. 23-20739-KRA<br><br>Chapter 11<br><br>Judge Kevin R. Anderson<br><br>Jointly Administered Under<br>Bankruptcy Case No. 23-20731-KRA |

## MOTION FOR ADMISSION PRO HAC VICE AND CONSENT
## OF DESIGNATED LOCAL COUNSEL

I, Deborah R. Chandler, hereby move for the pro hac vice admission of applicant Samuel C. Wisotzkey to practice in this Court. I hereby agree to serve as designated local counsel for the subject case; to readily communicate with opposing counsel and the Court regarding the conduct

of this case; and to accept papers when served and recognize my responsibility and full authority to act for and on behalf of the client in all case-related proceedings, including hearings, pretrial conferences, and trials, should applicant fail to respond to any Court order. A copy of the Application for Admission Pro Hac Vice for Samuel C. Wisotzkey is attached as Exhibit 1.

Dated: April 26, 2023.

ANDERSON & KARRENBERG, P.C.

/s/ Deborah R. Chandler
Deborah R. Chandler
Utah Bar No. 12057
*Attorneys for Reinhart Foodservice, L.L.C.*

## CERTIFICATE OF SERVICE BY ELECTRONIC NOTICE (CM/ECF)

I hereby certify that on April 26, 2023, I electronically filed the foregoing document with the United States Bankruptcy Court for the District of Utah by using the CM/ECF system. I further certify that the parties of record in this case, as identified below, are registered CM/ECF users.

- **James W. Anderson**   jwa@clydesnow.com, gmortensen@clydesnow.com
- **J. Thomas Beckett**   tbeckett@parsonsbehle.com, ecf@parsonsbehle.com;brothschild@parsonsbehle.com
- **Jared E Berg**   jberg@berglawllc.com
- **David P. Billings**   dbillings@fabianvancott.com, mbeck@fabianvancott.com
- **Darwin H. Bingham**   dbingham@scalleyreading.net, cat@scalleyreading.net
- **Matthew M. Boley**   mboley@ck.law
- **Lacey S. Bryan**   lbryan@markuswilliams.com
- **Matthew James Burne**   matthew.burne@usdoj.gov, rinehart.peshell@usdoj.gov,james.gee@usdoj.gov,lindsey.huston@usdoj.gov,rachelle.d.hughes@usdoj.gov,brittany.eichorn@usdoj.gov
- **Ryan C. Cadwallader**   rcadwallader@kmclaw.com, twhite@kmclaw.com
- **Peter A. Cal**   pcal@shermanhoward.com, rneal@shermanhoward.com,efiling@shermanhoward.com
- **Joseph M.R. Covey**   jcovey@parrbrown.com, calendar@parrbrown.com;lstumpf@parrbrown.com
- **P. Matthew Cox**   mw@scmlaw.com, ec@scmlaw.com
- **William G. Cross**   wcross@markuswilliams.com, sschaefer@markuswilliams.com;docket@markuswilliams.com;janderson@marksuwilliams.com
- **Kenyon D. Dove**   defaultservices@smithknowles.com
- **Michael Allen Gehret**   mgehret@atllp.com, ymurphy@atllp.com;sirvin@atllp.com;ecf@atllp.com;michael-gehret-6922@ecf.pacerpro.com
- **John S. Gygi**   john.gygi@sba.gov
- **Jack N. Hardwick**   jhardwick@sommerudall.com
- **Geoffrey A. Heaton**   gheaton@duanemorris.com, dmicros@duanemorris.com
- **Jared Inouye**   jinouye@btjd.com, docketing@btjd.com;cmontoya@btjd.com;kdunn@btjd.com;sruiz@btjd.com
- **Michael R. Johnson**   mjohnson@rqn.com, docket@rqn.com;ASanchez@rqn.com;RQN@ecfalerts.com
- **Penrod W. Keith**   penrod.keith@dentons.com, kristin.hughes@dentons.com
- **Peter J. Kuhn**   Peter.J.Kuhn@usdoj.gov, James.Gee@usdoj.gov;Lindsey.Huston@usdoj.gov;Rinehart.Peshell@usdoj.gov;Rachelle.D.Armstrong@usdoj.gov;Brittany.Eichorn@usdoj.gov
- **David H. Leigh**   dleigh@rqn.com, ASanchez@rqn.com;docket@rqn.com

- **James T. Markus** jmarkus@markuswilliams.com, sschaefer@markuswilliams.com;Docket@markuswilliams.com
- **David W. Newman tr** david.w.newman@usdoj.gov, Lindsey.Huston@usdoj.gov;James.Gee@usdoj.gov;Rinehart.Peshell@usdoj.gov;Rachelle.D.Armstrong@usdoj.gov;Brittany.Eichorn@usdoj.gov
- **Ellen E. Ostrow** eostrow@foley.com, lbailey@foley.com;ellen-ostrow-4512@ecf.pacerpro.com
- **David L. Pinkston** dlp@scmlaw.com, ec@scmlaw.com;mw@scmlaw.com;intakeclerk@scmlaw.com
- **George W. Pratt** gpratt@buchalter.com
- **Mark C. Rose** mrose@mbt-law.com, markcroselegal@gmail.com
- **Jeremy C. Sink** jsink@kmclaw.com, mcarlson@kmclaw.com
- **Jeffrey L. Trousdale** jtrousdale@cohnekinghorn.com, mparks@ck.law;apetersen@ck.law
- **United States Trustee** USTPRegion19.SK.ECF@usdoj.gov
- **Aaron M. Waite** aaronmwaite@agutah.gov
- **Steven T. Waterman** waterman.steven@dorsey.com, bingham.karen@dorsey.com,steven-waterman-9367@ecf.pacerpro.com
- **Andrew R. Welch** awelch@messner.com
- **Melinda Willden tr** melinda.willden@usdoj.gov, Lindsey.Huston@usdoj.gov;James.Gee@usdoj.gov;Rinehart.Peshell@usdoj.gov;Rachelle.D.Armstrong@usdoj.gov;Brittany.Eichorn@usdoj.gov

I further certify that the parties below were served via US Mail, first class, postage prepaid.

**Paul J. Battista**
Venable, LLP
100 SE 2nd Street Ste 4400
Miami, FL 33131

**Michaela C. Crocker**
Katten Muchin Rosenman LLP
2121 North Pearl Street
Suite 1100
Dallas, TX 75201

**Erin Edelman**
Armstrong Teasdale
7700 Forsyth Blvd.
Suite 1800
St Louis, MO 63105

4

**William B. Freeman**
Katten Muchin Rosenman LLP
515 South Flower Street
Suite 4150
Los Angeles, CA 90071-2212

**Glenn D. Moses**
Venable, LLP
100 SE 2nd Street, Suite 4400
Miami, FL 33131

**Michael S. Myers**
Ballard Spahr LLP
2029 Century Park East
Suite 1400
Los Angeles, CA 90067

**Joel F. Newell**
Jennings Strouss & Salmon, PLC
1 E Washington Street
Suite 1900
Phoenix, AZ 85004-2554

# EXHIBIT "1"

## APPLICATION FOR ADMISSION PRO HAC VICE

Applicant, Samuel C. Wisotzkey, hereby requests permission to appear pro hac vice in the subject case. Applicant states under penalty of perjury that he is a member in good standing of the bar of the highest court of a state or the District of Columbia; is a non-resident of the state of Utah; and, under DUCivR83-1.1(d) and Local Rule 2090-1, has associated local counsel in this case. Applicant's address, office telephone, fax number, e-mail address and the courts to which admitted, and the respective dates of admission are provided as required.

Applicant designates Deborah R. Chandler, with the law firm of Anderson & Karrenberg as associate local counsel.

| | |
|---|---|
| Name of Applicant: | Samuel C. Wisotzkey |
| Business Address: | Kohner, Mann & Kailas, S.C.<br>Washington Building<br>Barnabas Business Center<br>4650 N. Port Washington Rd.<br>Milwaukee, WI 53212-1059 |
| Main Office Telephone: | (414) 962-5110 |
| Facsimile: | (414) 962-8725 |
| Email: | swisotzkey@kmksc.com |

## BAR ADMISSION HISTORY

| Courts to Which Admitted | Location | Date of Admission |
|---|---|---|
| Supreme Court of Arizona* | Phoenix, AZ* | October 26, 1991* |
| U.S. District Court for the District of Arizona | Phoenix, AZ | March 16, 1992 |
| U.S. Supreme Court | Washington, D.C. | May 28, 1996 |
| U.S. District Court for the Eastern District of Wisconsin | Milwaukee, WI | August 21, 1996 |
| U.S. Court of Appeals for the | Chicago, IL | November 20, 1996 |

| | | |
|---|---|---|
| Seventh Circuit | | |
| Supreme Court of Wisconsin | Madison, WI | April 22, 1997 |
| U.S. District Court for the Western District of Wisconsin | Madison, WI | January 28, 1998 |
| U.S. District Court for the Northern District of Illinois | Chicago, IL | January 23, 2003 |
| U.S. District Court for the Central District of Illinois | Peoria, IL | November 14, 2006 |
| | | |

*Applicant voluntarily elected Inactive Status in Arizona on February 9, 2004

**PRIOR PRO HAC VICE ADMISSIONS IN THIS DISTRICT**

| Case Title | Case Number | Date of Admission |
|---|---|---|
| N/A | | |
| | | |

Dated: April 26, 2023.

        **KOHNER, MANN & KAILAS, S.C.**

        /s/ Samuel C. Wisotzkey
        SAMUEL C. WISOTZKEY
        (WI Bar no. 1029537)
        SAMUEL M. DRAVER
        (WI Bar no. 1097520)
        Washington Building
        Barnabas Business Center
        4650 N. Port Washington Rd.
        Milwaukee, WI 53212-1059
        Phone: (414) 962-5110
        Fax: (414) 962-8725
        Email: swisotzkey@kmksc.com

        Attorneys for Reinhart Foodservice, L.L.C.