*Prepared and submitted by:*

| | |
|---|---|
| Michael R. Johnson (7070) | James T. Markus *(pro hac vice)* |
| David H. Leigh (9433) | Matthew T. Faga *(pro hac vice)* |
| Elaine A. Monson (5523) | Lacey Bryan *(pro hac vice)* |
| **RAY QUINNEY & NEBEKER P.C.** | **MARKUS WILLIAMS YOUNG & HUNSICKER LLC** |
| 36 South State Street, 14th Floor | 1775 Sherman Street, Suite 1950 |
| Salt Lake City, Utah 84111 | Denver, Colorado 80203-4505 |
| Tel: (801) 532-1500 | Telephone (303) 830-0800 |
| Email: mjohnson@rqn.com | Facsimile (303) 830-0809 |
| Email: dleigh@rqn.com | Email: jmarkus@markuswilliams.com |
| Email: emonson@rqn.com | Email: mfaga@markuswilliams.com |
| | Email:  lbryan@marcuswilliams.com |

*Counsel for the Debtors-In-Possession*

IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| In re:<br><br>MERIDIAN RESTAURANTS UNLIMITED, LC; LOVELOUD RESTAURANTS, LC; AZM RESTAURANTS, LC;  HR RESTAURANTS, LC; MR RESTAURANTS, LC;  NDM RESTAURANTS, LC;  and NKS RESTAURANTS, LC,<br><br>Debtors-in-Possession. | Bankruptcy Case No. 23-20731-KRA<br>Bankruptcy Case No. 23-20732-KRA<br>Bankruptcy Case No. 23-20733-KRA<br>Bankruptcy Case No. 23-20736-KRA<br>Bankruptcy Case No. 23-20737-KRA<br>Bankruptcy Case No. 23-20738-KRA<br>Bankruptcy Case No. 23-20739-KRA<br><br>Chapter 11<br>Judge Kevin R. Anderson<br><br>**Jointly Administered Under Bankruptcy Case No. 23-20731-KRA**<br><br>[Filing Relates to Case No(s):  **All**]<br><br>[Filed via ECF] |

**ORDER SHORTENING TIME FOR NOTICE OF, THE HEARING ON, AND OBJECTIONS TO DEBTORS'** ***EMERGENCY*** **SECOND MOTION FOR ENTRY OF ORDER AUTHORIZING IMMEDIATE STORE CLOSINGS AT CERTAIN RESTAURANT LOCATIONS**

The matter is before the Court on the *ex parte* motion (the "Ex Parte Motion") filed on September 25, 2023, by Debtors Meridian Restaurants Unlimited, L.C. ("Meridian"), Loveloud Restaurants, L.C. ("Loveloud"), AZM Restaurants, L.C. ("AZM"), HR Restaurants, L.C. ("HR"), MR Restaurants, L.C. ("MR"), NDM Restaurants, L.C. ("NDM"), and NKS Restaurants, L.C. ("NKS") (collectively, the "Debtors"), debtors and debtors-in-possession in the above-captioned jointly administered chapter 11 cases, seeking the entry of an Order shortening time for notice of and the hearing on the Debtors' *Emergency Second Moton for Entry of Order Authorizing Immediate Store Closings at Certain Restaurant Locations* (the "Motion"), filed September 22, 2023 as Dkt. 546.

The Court, having reviewed the Ex Parte Motion, in accordance with Federal Rule of Bankruptcy Procedure 9006 and Local Rule 9006-1, and for good cause shown, hereby **ORDERS** as follows:

1. Pursuant to Federal Rules of Bankruptcy Procedure 9006(c) and Local Rule 9006-1, the Ex Parte Motion shall be, and hereby is, granted.

2. The hearing on the Motion shall be conducted on **September 28, 2023, at the hour of 1:30 p.m. (prevailing Mountain Time).**

3. Objections to the Motion shall be filed by no later than the date and time set for the hearing. Oral objections, if any, to the Motion, also may be made at the hearing.

4. The Debtors shall provide notice of the hearing and of the objection deadline by ECF electronic notification only, by no later than 5:00 p.m. on September 25, 2023.

-------------------------------------END OF DOCUMENT--------------------------------------

1649936